IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  13-cv-01984-RBJ | Date:  September 8, 2014 |
| Courtroom Deputy:  Julie Dynes | Court Reporter:  Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| MAGPUL INDUSTRIES CORPORATION | *Marcel F. De Armas via telephone* |
| | *Brian E. Mitchell via telephone* |
| **Plaintiff(s)** | |
| v. | |
| PLINKER ARMS LLC | |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  1:31 p.m.

Appearance of counsel.  Representative of the defendant is not present.

Discussion held on [62] Motion for Default Judgment.

The Court makes finds of fact, conclusions of law.

**ORDERED:**   [62] Motion for Default Judgment is GRANTED.

    **The Court finds Defendant willfully infringed on Plaintiff's patents.**

    **Judgment for damages to enter in favor of Plaintiff Magpul Industries, Corp and against Defendant Plinker Arms LLC for a reasonable royalty in the amount of $30,000, to be trebled, plus attorneys' fees in the amount of $39,300 and costs.**

    **Counsel is to submit a proposed form of order.**

Court in Recess:  1:49 p.m.          Hearing concluded.          Total time in Court:  00:18